# CASE ANNOUNCEMENTS

*December 16, 2009*

[Cite as *12/16/2009 Case Announcements*, 2009-Ohio-6487.]

## MERIT DECISIONS WITHOUT OPINIONS

2009–1769. State ex rel. Lawrence v. Kilbane.
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
    MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

2009–1789. [State ex rel.] Langan v. Clancy.
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
    MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

2009–1835. State ex rel. Gaughan v. Kilbane.
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
    MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

2009–1871. [State ex rel.] Furlong v. Horrigan.
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
    MOYER, C.J., and PFEIFER, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.
    LUNDBERG STRATTON, J., dissents and would grant the writ.

2009–1963. Pickering v. Sheldon.
In Habeas Corpus. On petition for writ of habeas corpus of Zephaniah Pickering. Sua sponte, cause dismissed.
    MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

2009–1969. Swain v. Welch.
In Habeas Corpus. On petition for writ of habeas corpus of Sean Swain. Sua sponte, cause dismissed.
    MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

2008–0582. State v. Silverman.
Montgomery App. No. 22097, 176 Ohio App.3d 12, 2008-Ohio-618, 889 N.E.2d 1034. On motion to clarify court judgment. Motion granted. Cause remanded to the court of appeals to consider appellee's remaining assignments of error.

2009–0627. DIRECTV, Inc. v. Levin.
Franklin App. No. 08AP-32, 181 Ohio App.3d 92, 2009-Ohio-636, 907 N.E.2d 1242. On motion for admission pro hac vice of Jeremy N. Kudon by Peter A. Rosato. Motion granted.

2009–1938. State v. McPherson.
Lorain App. No. 08CA009377, 2009-Ohio-1426. On motion for leave to file delayed appeal. Motion denied.
    PFEIFER, J., dissents.